IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| GWENDOLYN J. BRANSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CV-041 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

This matter is before the court on the May 21, 2008 report and recommendation filed by Magistrate Judge H. Bruce Guyton [doc. 24]. Magistrate Judge Guyton recommended that plaintiff's motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, [doc. 21] be granted in the amount of $1,746.10. In addition, Magistrate Judge Guyton recommended the following EAJA hourly rate reimbursement adjustments for the Eastern District of Tennessee: $50.00 per hour for paralegals; $75.00 per hour for law clerks; $154.00 per hour for attorney work performed in 2007; and $159.00 per hour for attorney work performed after 2007. There have been no timely objections filed to this report and recommendation, and enough time has passed since its filing to treat any objections as having been waived. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of this matter, the court is in agreement with the magistrate judge's conclusions and his recommended EAJA rate adjustments. The court

therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). It is **ORDERED**, for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that plaintiff's motion [doc. 21] is **GRANTED** in the amount of $1,746.10.

**IT IS SO ORDERED.**

ENTER:

　　　　　　s/ Leon Jordan　　　　　
United States District Judge